UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBORAH PROBERT,**

   *Plaintiff*,

v

**MUBEA, INC.,**

   *Defendant*.

Case No. 2:21-cv-11660
Hon. David M. Lawson

---

## MOTION FOR LEAVE TO WITHDRAW

  Attorney Thomas J. Cedoz hereby moves this Court for permission to withdraw as counsel for Defendant. In support of this Motion, Mr. Cedoz states as follows:

  1. Mr. Cedoz is one of the co-counsel on this matter.

  2. On January 18, 2022, counsel for Plaintiff was advised of Thomas J. Cedoz's Motion for Leave to Withdraw, a copy of which was electronically served on them.

  3. Counsel for Plaintiff had no objections to said motion.

  4. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

03176484 v1

WHEREFORE, for good cause shown Thomas J. Cedoz requests entry of the attached proposed order withdrawing him as counsel for Defendant regarding this matter.

Dated: January 24, 2022                     Respectfully submitted,

/s/ *Thomas J. Cedoz*
DINSMORE & SHOHL LLP
Thomas J. Cedoz (P82094)
900 Wilshire Drive, Suite 300
Troy, Michigan 48084
(248) 203-1628
thomas.cedoz@dinsmore.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I electronically filed the foregoing instrument with the Clerk of the Court using the ECF system and that a copy was electronically served on all counsel or parties of record via the ECF system, and to any counsel or party not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the U.S. mail.

/s/     *Thomas J. Cedoz*
Thomas J. Cedoz