UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBORAH PROBERT,**

        Plaintiff,

vs.

**MUBEA, INC.,**

        Defendant.

Case No. 21-cv-11660

Hon. Shalina D. Kumar

---

| | |
|---|---|
| Jack W. Schulz (P78078)<br>SCHULZ LAW PLC<br>PO Box 44855<br>Detroit, MI 48244<br>(313) 246-3590<br>jackwschulz@gmail.com<br>*Attorneys for Plaintiff* | Julia T. Stuebing (P81227)<br>Dinsmore & Shohl LLP<br>300 N. Fifth Ave., Ste. 120<br>Ann Arbor, MI 48104<br>Phone: (734) 773-4051<br>Fax: (734) 913-6007<br>julia.stuebing@dinsmore.com<br>*Attorney for Defendant*<br><br>Faith C. Whittaker (OH 0082486)<br>Dinsmore & Shohl LLP<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Phone: (513) 977-8200<br>Fax: (513) 977-8141<br>faith.whittaker@dinsmore.com<br>*Attorney for Defendant* |

---

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice and without costs, fees, or interest as to any party. This is a final order of the Court that resolves the pending claims and closes the file.

IT IS HEREBY ORDERED.

Date: April 11, 2022	s/Shalina D. Kumar
	Shalina D. Kumar
	United States District Judge

Approved as to form and content:

Dated:   4/9/22	Dated:   4/9/22

/s/ Jack W. Schulz	/s/ Julia T. Stuebing (*w/ permission*)
Jack W. Schulz (P78078)	Julia T. Stuebing (P81227)
SCHULZ LAW PLC	Dinsmore & Shohl LLP
PO Box 44855	300 N. Fifth Ave., Ste. 120
Detroit, MI 48244	Ann Arbor, MI 48104
(313) 246-3590	Phone: (734) 773-4051
*Attorneys for Plaintiff*	Fax: (734) 913-6007
	julia.stuebing@dinsmore.com
	*Attorney for Defendant*